UNITED STATES of America, Plaintiff–Appellee,

v.

Anthony BOATWRIGHT, Defendant–Appellant.

No. 05–13318
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 25, 2006.

David Jonathon Joffe, Joffe & Joffe, P.A., Ft. Lauderdale, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for Anthony Boatwright, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gordon's convictions and sentences are **AFFIRMED**.